## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 17-20323-CIV-ALTONAGA

EDELINE JULMISSE PROSPER, as Personal
Representative of the ESTATE OF JUNIOR
PROSPER, deceased,

     Plaintiff,

     v.

ANTHONY MARTIN, individually,

     Defendant.

_____/

### PLAINTIFF'S AGREED MOTION TO LIFT STAY
### AND REOPEN CASE WITH INCORPORATED MEMORANDUM OF LAW

On March 10, 2017, this Court entered an Order [ECF No. 20] ("Stay Order") granting the

Defendant's Motion to Stay Proceedings Pending the Resolution of Related State Criminal and

Administrative Investigations [ECF No. 14].  Earlier today, the parties filed a Joint Status Report

[ECF No. 33] to advise the Court that both the Miami-Dade County State Attorney's Office and

the Miami-Dade Police Department have completed their investigations into the incident at issue

in this case.  The parties agree that at this junction the Court should lift the stay imposed and reopen

the case to proceed in the normal course of litigation.

The Plaintiff now makes this Motion in accordance with the parties' agreement and given

the fact that the investigations being conducted by the law enforcement authorities have now been

concluded.  As this Court stated in her Stay Order, "[i]n assessing whether a stay is appropriate,

the Court must 'weigh competing interests and maintain an even balance.'  *Winn-Dixie Stores, Inc.*

*v. Big Lots Stores, Inc.*, No. 9:11-80638-DMM, 2012 WL 1890547, at *1 (S.D. Fla. May 11,

2012)(quoting *Landis*, 299 U.S. at 255)." As the law enforcement investigations remained open when the Court entered her Stay Order on March 10, 2017, the Court found that special circumstances existed. Those investigations are now closed and accordingly, there are no more special circumstances to warrant the Stay Order to remain in place. Counsel for the Defendant agrees.

WHEREFORE, for the grounds raised herein, the Plaintiff respectfully requests that this Honorable Court enter an order (i) lifting the stay of discovery and (ii) reopening the case. A proposed order for the Court's consideration is attached herein as EXHIBIT A. The Plaintiff in addition respectfully requests a hearing on this matter at the Court's discretion.

### CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL

I HEREBY CERTIFY that on February 2, 2018, counsel for the Plaintiff conferred with counsel for the Defendant pursuant to Local Rule 7.1(a)(3) in a good faith effort to resolve the matter at issue in the instant Motion and counsel for the Defendant opposes this Motion.

By: /s/ *Court E. Keeley*
Court E. Keeley, B.C.S.

Date:  February 2, 2018

Respectfully submitted,

/s/  Court E. Keeley
Court E. Keeley, B.C.S.
Florida Bar No. 23441
**Jacobs Keeley, P.L.L.C.**
Alfred I. DuPont Building
169 East Flagler St., Suite 1620
Miami, FL 33131
Keeley@JAKElegal.com
Efile@JAKElegal.com
Tel:    (305) 358-7991
Fax:    (305) 358-7992
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 2, 2018, I electronically filed the foregoing document using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Court E. Keeley*
        Court E. Keeley, B.C.S.

**SERVICE LIST**
**Estate of Junior Prosper vs. Anthony Martin**
**Case No.: 17-CV-20323-Altonaga/O'Sullivan**

| | |
|---|---|
| Court E. Keeley, B.C.S.<br>**Jacobs Keeley, P.L.L.C.**<br>Alfred I. DuPont Building<br>169 East Flagler Street, Suite 1620<br>Miami, Florida  33131<br>Keeley@JakeLegal.com<br>EFile@JakeLegal.com<br>Tel:  (305) 358-7991<br>Fax:  (305) 358-7992<br>*Counsel for Plaintiff* | Bernard Pastor<br>**Miami-Dade County Attorney's Office**<br>Stephen P. Clark Center<br>111 N.W. 1st Street, Suite 2810<br>Miami, Florida  33128<br>Pastor@MiamiDade.gov<br>Tel:  (305) 375-5151<br>Fax:  (305) 375-5634<br>*Counsel for Defendant* |
| Jared S. Kosoglad<br>**Jared S. Kosoglad, P.C.**<br>118 South Clinton, Suite 200<br>Chicago, Illinois  60661<br>Jared@JaredLaw.com<br>Tel:  (312) 513-6000<br>*Co-Counsel for Plaintiff* | Todd Poses<br>**Poses & Poses, P.A.**<br>Alfred I. DuPont Building<br>169 East Flagler Street, Suite 1600<br>Miami, Florida  33131<br>TPoses@PosesandPoses.com<br>Tel:  (305) 577-0200<br>Fax:  (305) 577-0200<br>*Co-Counsel for Plaintiff* |
| Michael D. Oppenheimer<br>**Erickson & Oppenheimer, LTD.**<br>233 West Jackson Boulevard, Suite 200<br>Chicago, Illinois  60606<br>Michael@EOLawUs.com<br>Tel:  (312) 327-3370<br>Fax:  (773) 409-5827<br>*Co-Counsel for Plaintiff* | |