UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20323-CIV-ALTONAGA

**EDELINE JULMISSE PROSPER**, as Personal
Representative of the ESTATE OF JUNIOR
PROSPER, deceased,

     Plaintiff,
v.

**ANTHONY MARTIN**, individually,

     Defendant.
_____/

## ORDER

On March 10, 2017, this Court entered an Order [ECF No. 20] ("Stay Order") granting Defendant's Motion to Stay Proceedings Pending the Resolution of Related State Criminal and Administrative Investigations [ECF No. 14]. On February 2, 2018, the parties filed a Joint Status Report [ECF No. 33] to advise that both the Miami-Dade County State Attorney's Office and the Miami-Dade Police Department have completed their investigations into the incident at issue in this case. As detailed in Plaintiff's Agreed Motion to Lift Stay and Reopen Case With Incorporated Memorandum of Law [ECF No. 34] ("Motion"), the parties agree at this junction the Court should lift the stay imposed and reopen the case to proceed in the normal course of litigation. The Court has considered the most recent Joint Status Report and the Motion as well as the other pertinent portions of the record.

For the foregoing reasons, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Agreed Motion **[ECF No. 34]** is **GRANTED**.

2.     The stay imposed by the Stay Order [ECF No. 20] is lifted. The parties have until

CASE NO.: 17-20323-CIV-ALTONAGA

**February 13, 2018**, to submit a joint scheduling report.

     3.     The Clerk of the Court shall mark this case as reopened.

**DONE AND ORDERED** in Miami, Florida, this 5th day of February, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record