UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20323-CIV-ALTONAGA/O'Sullivan

**EDELINE JULMISSE PROSPER**,

    Plaintiff,
v.

**ANTHONY MARTIN**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Anthony Martin's Motion to Stay Discovery [ECF No. 51], filed May 18, 2018.  Plaintiff, Edeline Julmisse Prosper, filed a Response [ECF No. 54] on May 23, 2018.  On May 24, 2018, Defendant filed a Reply [ECF No. 55].  Citing a number of cases, Defendant argues discovery should be stayed pending resolution of its Motion to Dismiss [ECF No. 50], particularly because the Motion seeks dismissal based on Defendant's defense of qualified immunity.  (*See generally* Mot.).

In her Response, Plaintiff argues a stay is inappropriate, but cites to no case or other legal authority.  (*See generally* Resp.).  In the absence of any authority to the contrary from Plaintiff, the Court concludes a stay is warranted as to Defendant Anthony Martin personally, pending resolution of his Motion to Dismiss on the ground of qualified immunity.  *See Caraballo-Sandoval v. Honsted*, 35 F.3d 521, 524 (11th Cir. 1994) ("[T]he district court properly stayed discovery until it decided the qualified immunity issue." (alteration added)).  This stay does not prevent Plaintiff from seeking discovery from third parties or obtaining public records from Defendant's employer.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 51]** is **GRANTED in part**.

CASE NO. 17-20323-CIV-ALTONAGA/O'Sullivan

All discovery regarding Defendant Anthony Martin is **STAYED** until resolution of Defendant's Motion to Dismiss.

**DONE AND ORDERED** in Miami, Florida, this 25th day of May, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record